Rose Anna Peterman and Another, Respondents, v. McLellan Stores Co., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

The People of the State of New York, Respondent, v. William I. Jablon, True Name William Irving Jablon, Appellant.— Motion for reargument denied, Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

The People of the State of New York, Respondent, v. Albert Ricci, Alias Albert Richie, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. In so far as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. [See ante, p. 830.] The application is denied by Mr. Justice Johnston.

Riverhead Savings Bank, Respondent, v. Altclar Realty Corporation, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for leave to Hannah Meister to intervene denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

Joseph L. Rosenberg and Another, Appellants, v. Joseph G. Dodge and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

Samuel Weiss, Appellant, v. William Langbein and Others, Copartners Doing Business under the Firm Name and Style of Wm. Langbein & Bros., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

Samuel Zirn, Appellant, v. Clifton N. Bradley and Others, Respondents.— Motion for reargument in part, denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.